**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. 10-05055-01-CR-SW-ODS |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 2423(b) |
| | ) | NMT 30 Years Imprisonment |
| v. | ) | NMT $250,000 Fine |
| | ) | Supervised Release: NMT Life |
| **JOHN PAUL GAMMAGE,** | ) | Class A Felony |
| [DOB: 01-13-1990], | ) | |
| | ) | $100 Special Assessment |
| Defendant. | ) | |

**I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT**:

Between April 1, 2008, and August 1, 2008, said dates being approximate, in Jasper County, in the Western District of Missouri, and elsewhere, the defendant, **JOHN PAUL GAMMAGE**, did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person, all in violation of Title 18, United States Code, Section 2423(b).

**A TRUE BILL**

 /s/
FOREPERSON OF THE GRAND JURY

 /s/ James J. Kelleher
James J. Kelleher
Assistant United States Attorney

DATED:  December 21, 2010