# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 10-05055-01-CR-SW-ODS |
| | ) |
| JOHN PAUL GAMMAGE, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO PLACE UNDER SEAL
## MOTION TO CONTINUE TRIAL SETTING

Comes now Defendant, by counsel, and moves this Court for an order sealing his Uncontested Motion to Continue Trial Setting due to the fact that the motion contains references to the Defendant's mental health and potential mental illnesses.

WHEREFORE, counsel moves this Court for its Order directing that the Uncontested Motion to Continue Trial Setting in this case be filed under seal.

Respectfully submitted,

*/s/ David R. Mercer*
**DAVID R. MERCER, #36572**
First Assistant Federal Public Defender
901 St. Louis Street, suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

June 30, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2011, the foregoing document was electronically filed with the Clerk of the Court, and a copy was served on Mr. James J. Kelleher, Assistant United States Attorney, 901 St. Louis, Ste. 500, Springfield, Missouri 65806.

/s/ David R. Mercer
**DAVID R. MERCER**