IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | No. 10-05055-01-CR-SW-ODS |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **COUNT ONE:** |
| | ) | 18 U.S.C. § 2423(b) |
| v. | ) | NMT 30 Years |
| | ) | NMT $250,000 Fine |
| **JOHN PAUL GAMMAGE,** | ) | Supervised Release: NMT Life |
| [DOB: 01-13-1990], | ) | Class A Felony |
| | ) | |
| Defendant. | ) | **COUNT TWO:** |
| | ) | 18 U.S.C.§ 2241(c) |
| | ) | NLT 30 Years |
| | ) | NMT Life |
| | ) | Supervised Release: NMT Life |
| | ) | Class A felony |
| | ) | |
| | ) | $100 Mandatory Special Assessment per |
| | ) | count |

**S U P E R S E D I N G   I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT**:

**COUNT ONE**

Between April 1, 2008, and August 1, 2008, said dates being approximate, in Jasper County, in the Western District of Missouri, and elsewhere, the defendant, **JOHN PAUL GAMMAGE**, did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person, Jane Doe #1, all in violation of Title 18, United States Code, Section 2423(b).

**COUNT TWO**

Between April 1, 2008, and August 1, 2008, said dates being approximate, in Jasper County, in the Western District of Missouri, and elsewhere, the defendant, **JOHN PAUL**

**GAMMAGE**, crossed a state line with intent to engage in a sexual act, to wit, contact between the penis and the vulva or the penis and the anus, involving penetration, however slight, with another person, Jane Doe #2, who had not attained the age of 12 years, all in violation of Title 18, United States Code, Section 2241(c).

                                                  **A TRUE BILL**

                                                  /s/ _____
                                                  FOREPERSON OF THE GRAND JURY

/s/ James J. Kelleher
James J. Kelleher
Assistant United States Attorney

DATED: December 14, 2011