IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | CASE NO: 1 |
| | ) | |
| JOHN PAUL GAMAGE, | ) | |
| | ) | |
| DEFEDNANT. | ) | |

MOTION TO CONTINUE SENTENCING DATE

COMES NOW, defendant by and through counsel of record and for Defendant's Motion to Continue Sentencing Date states as follows:

1. The defendant is currently scheduled for a Sentencing before this Court on the date of September 20 2012 at 8:30 a.m.

2. Defendant 's brother and sister were to appear and make statement before this Court regarding the defendant and defendant's childhood in effort for the Court to know more about the defendant with hopes that it would assist the Court with imposing a sentence unto defendant that is fair and just.

3. Defendant's brother and sister are unavailable to appear before this Court till after September 29 2012, because they are out of the Country.

4. This request is strickly for the purpose stated and not to delay or vex the plaintiff.

5. Defendant asserts that the plaintiff will not be unduly burdened if the Court grants this continuance.

WHEREFORE, defendant prays for the relief requested and for such other and further relief that this Court deems just in these premises.

                                                Respectfully Submitted,

                                                By: /s/ Steven S. Meier
Steven S. Meier
Attorney at Law LLC
P.O. Box 2306
Nixa, Missouri 65714
417-725-8686
417-724-9590 fax
MoBarNo 51785

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September 2012, the forgoing document was filed electronically thru the ECF System with the Clerk of the Court, and notice was hereby given to all parties herein.

                                                /s/ Steven S. Meier